IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                       No. 14-CR-30033-DRH

GEMMA TZEN,

    Defendant

## ORDER

**HERNDON, Chief Judge**

    This matter is before the Court on the application of the United States of America to designate the case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C. § 3771. The government has represented that there are thousands of victims of the purported fraud charged in the indictment and that formal compliance with all of the provisions of the Act would be impracticable.

    Pursuant to 18 U.S.C. § 3771(d)(2), the Court finds that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in Section 3771(a). The Court therefore orders that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met through the establishment of an Internet website and by updating the

website with timely notice of relevant events in the case.  Such a procedure will give effect to the Act without unduly complicating or prolonging the proceedings.

**IT IS SO ORDERED.**

Dated: February 24, 2014

Digitally signed by David R. Herndon
Date: 2014.02.24 16:48:25 -06'00'

Chief Judge
United States District Court